IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ERIN FISHER; RICHARD FISHER; AND ERIN FISHER,
AS NEXT FRIEND AND NATURAL MOTHER
OF MINOR CHILD, A.C.     PLAINTIFFS

v.     NO. 2:19-CV-02034-PKH

JASON COOK; TARA KATUK MAC LEAN SWEENEY,
IN HER OFFICIAL CAPACITY AS ACTING ASSISTANT
SECRETARY–INDIAN AFFAIRS; BUREAU OF INDIAN
AFFAIRS; DAVID BERNHARDT, IN HIS OFFICIAL
CAPACITY AS ACTING SECRETARY OF THE INTERIOR;
AND CHEROKEE NATION OF OKLAHOMA,
A FEDERALLY– RECOGNIZED INDIAN TRIBE     DEFENDANTS

## MOTION FOR ADMISSION *PRO HAC VICE* OF ADITYA DYNAR

Pursuant to Local Rule 83.5(d), Plaintiffs Erin Fisher, Richard Fisher, and Erin Fisher, as Next Friend and Natural Mother of Minor Child A.C., by and through the undersigned counsel, move for the admission, *pro hac vice*, of the following attorney to represent them and appear and participate on their behalf in this case:

    Aditya Dynar
    Arizona Bar No. 031583
    Scharf-Norton Center for
    Constitutional Litigation at the
    GOLDWATER INSTITUTE
    500 East Coronado Road
    Phoenix, Arizona 85004
    Telephone: (602) 462-5000
    Facsimile: (602) 256-7045
    litigation@goldwaterinstitute.org

Mr. Dynar is a member in good standing of the bar of the State of Arizona, U.S. District Court, District of Arizona, U.S. Court of Appeals for the D.C. Circuit, Fourth Circuit and Ninth Circuit, and the United States Supreme Court. Mr. Dynar affirms that he will be subject to and

abide by the rules of this Court and also recognizes this Court's jurisdiction over him on matters of discipline. Plaintiffs have engaged the undersigned local counsel for this case.

WHEREFORE, Plaintiffs Erin Fisher, Richard Fisher, and Erin Fisher, as Next Friend and Natural Mother of Minor Child A.C. request the Court to grant the above-named counsel permission to appear and participate *pro hac vice* in this action.

        QUATTLEBAUM, GROOMS & TULL PLLC
        111 Center Street, Suite 1900
        Little Rock, Arkansas 72201
        Telephone: (501) 379-1700
        Facsimile: (501) 379-1701
        cpekron@qgtlaw.com
        bford@qgtlaw.com

By: <u>Chad W. Pekron</u>
    Chad W. Pekron (2008144)
    Brittany S. Ford (2018102)

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ERIN FISHER; RICHARD FISHER; AND ERIN FISHER,
AS NEXT FRIEND AND NATURAL MOTHER
OF MINOR CHILD A.C.      PLAINTIFFS

v.      NO. 2:19-CV-02034-PKH

JASON COOK; TARA KATUK MAC LEAN SWEENEY,
IN HER OFFICIAL CAPACITY AS ASSISTANT SECRETARY–
INDIAN AFFAIRS; BUREAU OF INDIAN AFFAIRS;
DAVID BERNHARDT, IN HIS OFFICIAL CAPACITY
AS ACTING SECRETARY OF THE INTERIOR; AND
CHEROKEE NATION OF OKLAHOMA      DEFENDANTS

## AFFIDAVIT OF ADITYA DYNAR

I, Aditya Dynar, having first been duly sworn, and in support of the motion for admission *pro hac vice* filed on my behalf, state the following:

1. My name is Aditya Dynar. I am a resident of the State of Arizona. I am admitted to practice in and am a member in good standing of the bar of that State. My bar number is 031583.

2. I am also admitted to practice in the following federal courts: U.S. District Court of Arizona, U.S. Court of Appeals for the D.C. Circuit, Fourth Circuit, and Ninth Circuit, and the United States Supreme Court.

3. I have associated with the following attorneys, who reside in and are admitted to practice in the State of Arkansas, and who are authorized to accept notices for the progress of the case:


EXHIBIT A

Chad W. Pekron
Brittany S. Ford
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
cpekron@qgtlaw.com
bford@qgtlaw.com

4. I acknowledge that in practicing before this Court, I will be subject to all disciplinary rules and procedures applicable to Arkansas lawyers.

EXECUTED this 1st day of March 2019.

_____
Aditya Dynar

STATE OF ARIZONA )
)ss.
COUNTY OF MARICOPA )

SUBSCRIBED AND SWORN TO before me, a Notary Public, this 1st day of March 2019.

_____
Notary Public

My Commission Expires:

08/09/2019

[SEAL]

OFFICIAL SEAL
KRISTINE K SCHLOTT
Notary Public - Arizona
MARICOPA COUNTY
My Commission Expires
AUGUST 9, 2019

2