AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| ERIN FISHER, et al. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:19-CV-02034-PKH |
| JASON COOK, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jason Cook
3710 Park Avenue
Fort Smith, Arkansas 72903

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Chad W. Pekron and Brittany S. Ford, Quattlebaum, Grooms & Tull PLLC, 111 Center Street, Suite 1900, Little Rock, Arkansas 72201;
Keith Morrison, Wilson & Associates, One East Center Street, Suite 310, Fayetteville, Arkansas 72701; and
Aditya Dynar, Goldwater Institute, 500 East Coronado Road, Phoenix, Arizona 85004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 03/04/2019                *Michelle McEntire*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-CV-02034-PKH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jason Cook
was received by me on *(date)* 3/7/19 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*
Joe Middleton , a person of suitable age and discretion who resides there,
on *(date)* 3/6/19 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/7/19

*Server's signature*

Daniel Haddock   Process Server
*Printed name and title*

100 Grand Maple Dr
*Server's address*

Additional information regarding attempted service, etc: