IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ERIN FISHER; RICHARD FISHER; AND ERIN FISHER,
AS NEXT FRIEND AND NATURAL MOTHER
OF MINOR CHILD, A.C.                                                                PLAINTIFFS

v.                         NO. 2:19-CV-02034-PKH

JASON COOK; TARA KATUK MAC LEAN SWEENEY,
IN HER OFFICIAL CAPACITY AS ACTING ASSISTANT
SECRETARY–INDIAN AFFAIRS; BUREAU OF INDIAN
AFFAIRS; DAVID BERNHARDT, IN HIS OFFICIAL
CAPACITY AS ACTING SECRETARY OF THE INTERIOR;
AND CHEROKEE NATION OF OKLAHOMA,
A FEDERALLY– RECOGNIZED INDIAN TRIBE                               DEFENDANTS

## NOTICE OF SERVICE OF PROCESS ON CHEROKEE NATION OF OKLAHOMA, A FEDERALLY-RECOGNIZED INDIAN TRIBE

Plaintiffs Erin Fisher; Richard Fisher; and Erin Fisher, as Next Friend and Natural Mother of Minor Child, A.C. (collectively "Plaintiffs"), by and through the undersigned counsel, pursuant to Rule 4 of the Federal Rules of Civil Procedure, state that they have served a copy of the Summons and Complaint on Defendant Cherokee Nation of Oklahoma, a Federally-Recognized Indian Tribe, by serving Principal Chief Bill John Baker, 17675 South Muskogee Avenue, Tahlequah, Oklahoma 74464, *via* Certified Mail, Return Receipt Requested, Postal No. 7015 3010 0001 5703 5275, on the 7th day of March, 2019.  See Exhibit "1" attached hereto.

Plaintiffs further state that they have served a copy of the Summons and Complaint on Defendant Cherokee Nation of Oklahoma, a Federally-Recognized Indian Tribe, by serving Attorney General Todd Hembree, P.O. Box 948, Tahlequah, Oklahoma 74465, *via* Certified Mail, Return Receipt Requested, Postal No. 7015 3010 0001 5703 5305, on the 6th day of March, 2019.  See Exhibit "2" attached hereto.

        QUATTLEBAUM, GROOMS & TULL PLLC
        111 Center Street, Suite 1900
        Little Rock, Arkansas 72201
        Telephone: (501) 379-1700
        Facsimile: (501) 379-1701
        cpekron@qgtlaw.com
        bford@qgtlaw.com

        By: <u>Chad W. Pekron</u>
            Chad W. Pekron (Ark. Bar No. 2008144)
            Brittany S. Ford (Ark. Bar No. 2018102)

        Keith Morrison (Ark. Bar No. 84210)
        WILSON & ASSOCIATES
        One East Center Street, Suite 310
        Fayetteville, Arkansas 72701
        Telephone: (479) 521-5820
        Facsimile: (479) 521-5543
        kmorrison@TheWilsonLawFirm.com

        -and-

        Aditya Dynar (*Pro Hac Vice*)
        Arizona Bar No. 031583
        Scharf-Norton Center for
        Constitutional Litigation at the
        GOLDWATER INSTITUTE
        500 East Coronado Road
        Phoenix, Arizona 85004
        Telephone: (602) 462-5000
        Facsimile: (602) 256-7045
        adynar@goldwaterinstitute.org

        *Attorneys for Plaintiffs*



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cherokee Nation
c/o Principal Chief Bill John Baker
17675 South Muskogee Avenue
Tahlequah, Oklahoma 74464

9590 9402 3653 7335 7986 38

2. Article Number *(Transfer from service label)*

7015 3010 0001 5703 5275

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

TAHLEQUAH OK 74464
MAR 07 2019
USPS

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ [Insured M]ail
- ☐ [Insured M]ail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**EXHIBIT**

**1**



**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General Todd Hembree
P.O. Box 948
Tahlequah, Oklahoma 74465

9590 9402 3653 7335 7986 21

2. Article Number *(Transfer from service label)*

7015 3010 0001 5703 5305

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

TAHLEQUAH OK 74465 MAR 06 2019 USPS

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**EXHIBIT**
**2**