United States District Court
For the
Western District of Arkansas

Answer to Summons

Erin Fisher; Richard Fisher;
And minor child
Asher Cook
V.

Jason Cook

Case#: 2:19cv2034                                               April 2, 2019

Comes now the defendant, Jason Cook, Pro Se, in answering the summons to civil action. The defendant, Jason Cook, denies all claims in each section in their entirety. Such claims in said lawsuit are false and should undergo close scrutiny by the Honorable Court of the United States. The defendant is indigent and must at this time proceed Pro Se but requests that the Honorable Court accept this as an answer to summons. The defendant, Jason Cook, prays that the Honorable Court will be forgiving and merciful as to that lack of knowledge he may possess as to proper procedure in the Honorable Court at this time. Please accept this letter as Answer to Summons I humbly submit to the Honorable Court of the United States.

Sincerely,

*Jason Cook* (signature)

Jason Cook

State of Arkansas
County of Sebastian
On this the 2nd day of April, 2019, before me, Diane R. Holwick, the undersigned notary, personally appeared Jason Cook known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.
In witness whereof I hereunto set my hand and official seal

*Diane R. Holwick* (signature)

DIANE R HOLWICK
Notary Public-Arkansas
Sebastian County
My Commission Expires 06-15-2023
Commission # 12394117

Jason Cook
3710 Park Ave.
Fort Smith, AR. 72903

United States District Court
Western District of Arkansas
Clerk of Court
30 South 6th St. Room 1038
Fort Smith, AR 72901

72901$2437 C002