IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| ERIN FISHER; RICHARD FISHER; AND ERIN FISHER, AS NEXT FRIEND AND NATURAL MOTHER OF MINOR CHILD, A.C. | | PLAINTIFFS |
| v. | NO. 2:19-CV-02034-PKH | |
| JASON COOK; TARA KATUK MAC LEAN SWEENEY, IN HER OFFICIAL CAPACITY AS ACTING ASSISTANT SECRETARY–INDIAN AFFAIRS; BUREAU OF INDIAN AFFAIRS; DAVID BERNHARDT, IN HIS OFFICIAL CAPACITY AS ACTING SECRETARY OF THE INTERIOR; AND CHEROKEE NATION OF OKLAHOMA, A FEDERALLY– RECOGNIZED INDIAN TRIBE | | DEFENDANTS |

## MOTION FOR LEAVE TO REPLY

Erin Fisher, Richard Fisher, and Erin Fisher, as Next Friend and Natural Mother of Minor Child, A.C. (collectively "Plaintiffs"), for their motion for leave to reply state as follows:

1. Plaintiffs filed a motion for temporary restraining order on April 5, 2019.

2. Defendants Tara Sweeney, in her official capacity as Assistant Secretary–Indian Affairs; the Bureau of Indian Affairs; and David Bernhardt, in his official capacity as Secretary of the Interior (collectively, "Federal Defendants") filed a response on April 12, 2019. Defendant Cherokee Nation also filed a response to the motion for temporary restraining order on April 12, 2019.

3. Both responses filed by Defendants raise issues in the response briefs to which Plaintiffs should be allowed to reply.

4. The Federal Defendants and the Cherokee Nation, for example, assert that that this Court does not have jurisdiction over this case. They also assert that even if there is jurisdiction, the Anti-Injunction Act precludes this court from granting a temporary restraining order. Cherokee

Nation and Federal Defendants further assert that the Court should abstain from this case citing the *Younger* doctrine.

5. Plaintiffs should be allowed to explain the fallacy in the Defendants' arguments.

6. Under the Local Rules of the Western Districts of Arkansas, litigants may file a reply as of right only when moving for summary judgment. Local Rule 7 2(b). However, "it is not a violation of the rules to seek leave to file a reply brief in support of a motion other than a motion for summary judgment." *Ron v. Bentonville School Dist.*, No. 15-cv-5083, 2016 WL 1717224, at *5 (W.D. Ark. Apr. 28, 2016).

7. Plaintiffs, therefore, requests leave to file its reply on or before April 19, 2019.

8. This amount of time is needed due to the lengthy response brief filed by The Cherokee Nation.

WHEREFORE, Erin Fisher, Richard Fisher, and Erin Fisher, as Next Friend and Natural Mother of Minor Child, A.C. prays that this Court grant its motion for leave to reply and allow it until and including April 19, 2019 to file its reply in support of its motion for temporary restraining order.

                QUATTLEBAUM, GROOMS & TULL PLLC
                111 Center Street, Suite 1900
                Little Rock, Arkansas 72201
                Telephone: (501) 379-1700
                Facsimile: (501) 379-1701
                cpekron@qgtlaw.com
                bford@qgtlaw.com

            By: <u>Chad W. Pekron</u>
                Chad W. Pekron (Ark. Bar No. 2008144)
                Brittany S. Ford (Ark. Bar No. 2018102)

Keith Morrison (Ark. Bar No. 84210)
WILSON & ASSOCIATES
One East Center Street, Suite 310
Fayetteville, Arkansas 72701
Telephone: (479) 521-5820
Facsimile: (479) 521-5543
kmorrison@TheWilsonLawFirm.com

-and-

Aditya Dynar (*Pro Hac Forthcoming*)
Arizona Bar No. 031583
Scharf-Norton Center for
Constitutional Litigation at the
GOLDWATER INSTITUTE
500 East Coronado Road
Phoenix, Arizona 85004
Telephone: (602) 462-5000
Facsimile: (602) 256-7045
adynar@goldwaterinstitute.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 15th day of April 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which shall send notification of such filing to the following counsel of record:

J. Dalton Person
JONES, JACKSON, MOLL,
 McGINNIS & STOCKS, PLC
401 North Seventh Street
Fort Smith, Arkansas 72902-2023
dperson@jjmlaw.com

David R. Matthews
Ryan P. Blue
Matthews, Campbell, Rhoads,
 McClure & Thompson, P.A.
119 South Second Street
Rogers, Arkansas  72756

-and

Stacy Leeds – Special Attorney
Cherokee Nation Office of Attorney General
P.O. Box 948
Tahlequah, Oklahoma  74465

*Attorneys for Defendant Cherokee Nation*
*Of Oklahoma, A Federally-Recognized Indian Tribe*

  I further certify that I have served a true and correct copy of the foregoing, *via* Certified Mail, Return Receipt Requested, on the following:

Jason Cook
3710 Park Avenue
Fort Smith, Arkansas 72903

Tara Katuk Mac Lean Sweeney
Acting Assistant Secretary – Indian Affairs
c/o Duane Kees, Esq.
U.S. Attorney's Office
Western District of Arkansas
414 Parker Avenue
Fort Smith, Arkansas 72901

Bureau of Indian Affairs
c/o Duane Kees, Esq.
U.S. Attorney's Office
Western District of Arkansas
414 Parker Avenue
Fort Smith, Arkansas 72901

-and-

David Bernhardt, Acting Secretary
U.S. Department of Interior
c/o Duane Kees, Esq.
U.S. Attorney's Office
Western District of Arkansas
414 Parker Avenue
Fort Smith, Arkansas 72901

<u>Chad W. Pekron</u>
Chad W. Pekron